**Order entered February 8, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01088-CV

### RODNEY B. ALLEN, Appellant

### V.

### PR GENESIS KATY LP D/B/A THE KATY VICTORY PARK, Appellee

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-21-17509**

### ORDER

Before the Court is appellant's February 6, 2023 motion for an extension of time to file his brief on the merits. We **GRANT** the request and extend the time to **February 16, 2023**. We caution appellant that failure to comply may result in dismissal of the appeal without further notice from the Court. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b)(c).

/s/    BILL PEDERSEN, III
       JUSTICE